(INND Rev. 12/23)

-FILED-

JAN 2 2 2024

Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Almond Dale Handshoe**
[You are the PLAINTIFF, print your full name on this line.]

v.

**inpatient facility** **Northeastern Center**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:24CV025**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Northeastern Center inpatient facility | 1850 Wesley Road Auburn, IN 46706 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3 maybe 4**
2. What is your address? **7030 CR 44 Butler, IN 46721**
3. What is your telephone number: **(260) 443-9420**
4. Have you ever sued anyone for these exact same claims?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was taken into Northeaster Center in patient facility where and when a Dekalb County sheriffs Deputy had me in handcuffs. I was just in the entry way thru the first locked door while still in handcuffs standing up they injected me with some drug, even before admitting me. Yet Previously upon being put in their, I was getting treatment for a (staph) infection By Dr Richard teuplin at that time. With whatever Northeastern center injected me with had a severe adverse reaction to my (staph) infection that Northeaster's staff ignored my complications. What they did cause my hands to swell up and become inflamed to where I had to run cold water in the sink to bring the swelling down, I felt like someone took a metal grinder to the top of my pelvic (hip) bones causing severe discomfort and pain, then I was having pain in my chest

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

(heart) problems from their mistreatment everyday since then I have troubling pain in my chest (heart) from those people and their actions the burden of proof is the pain I'm in everyday).

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

● No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

If I win this case I'm asking for 15 million dollars up front for pain and suffering / contending with an tramatizing event / medical malpractices / ignoring a patient thats in distress while in their facility.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

● No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

ADH   I will keep a copy of this complaint for my records.
ADH   I will promptly notify the court of any change of address.
ADH   I declare **under penalty of perjury** that the statements in this complaint are true.

_Almond Handshoe_                                          Jan 11TH 2024
Signature                                                            Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]